827 A.2d 286

JOSEPH MACEDO, ROSEMARY LESKY AND ALL OTHERS SIMI-
LARLY SITUATED, PLAINTIFFS–RESPONDENTS, v. JOSEPH
DELLO RUSSO, M.D., NEW JERSEY EYE CENTER, P.A., WIL-
LIAM T. KELLOG, M.D., JOHN DOES 1–10, AND ABC CORPO-
RATIONS 1–10, DEFENDANTS–MOVANTS.

June 5, 2003.

ORDERED that the motion for leave to appeal is granted.

827 A.2d 286

WILLIAM HANCOCK AND JOHN WARNER, PLAINTIFFS–APPEL-
LANTS, v. BOROUGH OF OAKLYN, CHIEF RONALD FRUMEN-
TO, MAYOR VINCENT SCIBONI, LIEUTENANT CHRISTO-
PHER FERRARI, DEFENDANTS–RESPONDENTS.

June 25, 2003.

ORDERED that the within appeal be and hereby is dismissed.